# The Copeland Firm, PC

# INVOICE

104 E. Adair Street
Post Office Box 1933
Valdosta, GA  31603
Phone (229) 247-4617    Fax (229) 242-0109

**DATE:** December 3, 2013
**INVOICE #** 100
**FOR:** USA vs. Elbert Walker

**Bill To:**

Elbert Walker
412 Baytree Road, NE
Cairo, GA  39828

| DESCRIPTION | AMOUNT |
|---|---|
| Retainer:  United States v. Elbert Walker (minimum of $10,000.00) | $  10,000.00 |
|  |  |
| 06/06/12  Payment | (2,000.00) |
| 06/15/12  Payment | (3,300.00) |
| 06/15/12  Payment Ck #6032961882 | (1,500.00) |
| 07/18/12  Payment Ck#1023 | (500.00) |
| 08/03/12  Returned check | 500.00 |
| 10/19/12  Payment | (1,600.00) |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $   1,600.00 |

**Payment Arrangement:**
**Balance must be paid in full prior to court date.  After 30 days, 12% APR interest will be added.**
Make all checks or money orders payable to Roy W. Copeland.  Please do not send cash in the mail.
If you have any questions concerning this invoice, contact Sirena Watson at (229) 247-4617

**THANK YOU FOR YOUR BUSINESS!**