UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No. 1:12-CR-1 (WLS) |
| ELBERT WALKER, JR., | : |
| Defendant. | : |

## ORDER

Defendant was ordered on March 24, 2016, to pay restitution to People's Choice Mortgage in the amount of $40,426.00. (ECF 317).

The Court has been notified by letter that People's Choice Mortgage subsequently merged into American State Bank and Trust Company. American State Bank and Trust Company then merged into Equity Bank. Equity Bank is now requesting that future restitution payments be disbursed to Equity Bank.

The Clerk is, therefore, ORDERED to change the restitution victim name from People's Choice Mortgage to Equity Bank and make future restitution payments as follows:

    Equity Bank - Finance
    7701 E. Kellogg, Suite 500
    Wichita, Kansas 67207

So Ordered this 6th day of January, 2026.

                                      /s/ W. Louis Sands
                                      W. LOUIS SANDS
                                      SENIOR DISTRICT JUDGE